Herman **KESLER**

v.

**AMSCO INDUSTRIES, INC.,** a Pennsylvania corporation, **American Metal Specialties Corp.,** a Pennsylvania corporation, **Automatic Vending Corporation,** a Delaware corporation, **Peter Pan Diner, Inc.,** a Delaware corporation, and **Philip Frank.**

**Civ. A. No. 34955.**

United States District Court
E. D. Pennsylvania.

Dec. 28, 1967.

Arnold R. Ginsburg, Philadelphia, Pa., for plaintiff.

Nathan L. Posner and Charles M. Solomon, of Fox, Rothschild, O'Brien & Frankel, Philadelphia, Pa., for defendants.

## ORDER

BODY, District Judge.

And now, this twenty-fifth day of January, 1968, it appears that:

1. This Court entered an order dated December 28, 1967 as follows:

It is ordered that if motions heretofore referred to are to be argued before this Court, then each party is to pay one-half of the cost of the transcript of the testimony; and further, the Court grants leave to the parties to order the transcript within ten (10) days as provided under Local Rule 31.

2. The plaintiff, through his counsel, ordered the transcript of the record by letter dated January 2, 1968 to the Court Reporter, Lewis H. Dunbar, which was received within said ten days. Photostatic copy of said letter is attached hereto, marked Exhibit "A".

3. The defendants, through their counsel, order the transcript of the record by letter dated January 8, 1968 to the Court Reporter, Lewis H. Dunbar, which was received on January 9, 1968, and therefore, not within the said ten days. Photostatic copy of said letter is attached hereto, marked Exhibit "B".

Accordingly, it is ordered that the Motion for Judgment N.O.V. filed by the defendants is hereby discharged.

Exhibit "A"

LAW OFFICES

ARNOLD R. GINSBURG

1030 SUBURBAN STATION BUILDING

PHILADELPHIA 3, PA.

LOCUST 3-3350                                        January 2, 1968

Mr. Lewis H. Dunbar
3054 U. S. Court House
9th and Market Streets
Philadelphia 7, Pennsylvania

      Re:  Herman Kesler v. AMSCO Industries, Inc., et al.
          Civil Action No. 34955

Dear Mr. Dunbar:

      In my letter to you dated July 7, 1967 I wrote to you in pertinent part as follows:

      "On June 30, 1967 the plaintiff served and filed a Motion for a New Trial in the above matter.

      "In accordance with Local Rule 31 a transcript is hereby ordered".

      On December 28, 1967 the Honorable Ralph C. Body entered an Order in the above matter which, after referring to plaintiff's Motion for New Trial and defendants' Motion for Judgment N.O.V. and Motion under Local Rule 31, stated:

      "IT IS ORDERED that if motions heretofore referred to are to be argued before this Court, then each party is to pay one-half of the cost of the transcript of the testimony; and further, the Court grants leave to the parties to order the transcript within ten (10) days as provided under Local Rule 31."

      The purpose of this letter is to reconfirm plaintiff's order for a transcript.

            Sincerely yours,

            Arnold R. Ginsburg

ARG:LK
cc:  Honorable Ralph C. Body
     Nathan L. Posner, Esquire

## Exhibit "B"

BERNARD L. FRANKEL
NOCHEM S. WINNET
LEONARD J SCHWARTZ
NATHAN L. POSNER
JEROME B WEINSTEIN
CHARLES M SOLOMON
ROBERT PERRY FRANKEL
DONALD BROWN
JAY G. OCHROCH
SELWYN A HORVITZ
ROBERT H SHAY
NORMAN LEIBOVITZ
RICHARD A BLOCK
ESTHER POLEN

DANIEL LOWENTHAL
ALEX SATINSKY
A. ARTHUR MILLER
ISRAEL PACKEL
ISADORE A. SHRAGER
J. VICTOR O'BRIEN
WILLIAM A WHITESIDE, JR.
RAMON R. OBOD
ARTHUR PACKEL
WILLIAM T. TSIOURIS
FRANK M. JACKSON
DAVID H. WICE
E GERALD DONNELLY, JR.

CHARLES EDWIN FOX    1907-1937
JEROME J ROTHSCHILD  1907-1964

LAW OFFICES

FOX, ROTHSCHILD, O'BRIEN & FRANKEL

1401 WALNUT STREET

PHILADELPHIA, PA. 19102

(215) LOCUST 8-5700

January 8, 1968

Mr. Lewis H. Dunbar
3054 U. S. Courthouse
9th and Market Streets
Philadelphia, Pa. 19107

Herman Kesler v. AMSCO Industries,
Inc., et al. - Civil Action #34955

Dear Mr. Dunbar:

Confirming the order for a transcript which we gave you by telephone today, pursuant to the Order of Judge Body dated December 28, 1967, we will pay one-half the cost of the transcript.

Very truly yours,

CHARLES M. SOLOMON

CMS:brw